UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-78-REB-1

UNITED STATES OF AMERICA,

v.

MARVIN McCULLOUGH,

Defendant.

_____

## MOTION TO REOPEN DETENTION HEARING
_____

    THE DEFENDANT, through his attorney, respectfully requests that the detention hearing in this case be reopened. This motion is made pursuant to the provisions of 18 U.S.C. § 3142(f)(2). In support of this motion Mr. McCullough states as follows:

1.    The Defendant did not contest the detention hearing held on March 19, 2020 because, at the time, Mr. McCullough was in custody serving a Colorado Department of Corrections sentence. It was Mr. McCullough's intention to reserve his right to a detention hearing until his State sentence had conclude should this Federal case not be concluded.

2.    Mr. McCullough finished serving his Colorado Department of Corrections sentence on June 11, 2020. This is a change in circumstances warranting the reopening of the detention hearing.

3.      If released, in addition to all terms and conditions set by this Court, Mr. McCullough's release would also be subject to supervision by the Colorado Department of Adult Parole.

WHEREFORE, it is respectfully requested that his matter be set for a detention hearing at the Court's earliest convenience.

s/ Michael David Lindsey  
Michael David Lindsey  
David Lindsey, Attorney at Law  
7887 E. Belleview, Ave. Suite 1110  
Englewood, CO 80111  
Telephone: (303) 228-2270  
FAX: (303) 228-2271  
E-mail: david@mdavidlindsey.com  
Attorney for Defendant Marvin McCullough

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on June 16, 2020.

_S/ David Lindsey_____

David Lindsey